# United States District Court

EASTERN DISTRICT OF WISCONSIN

WAYNE L. WRIGHT,
   Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 16-C-96

OSHKOSH CORPORATION,
   Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

  **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is DISMISSED.

Approved:  s/ William C. Griesbach
        William C. Griesbach, Chief Judge
        United States District Court

Dated: March 27, 2017.

        JON W. SANFILIPPO
        Clerk of Court

        s/ Cheryl A. Veazie
        (By) Deputy Clerk